David M. Goodrich
333 S. Hope Street 35th Floor
Los Angeles, CA 90071
(213) 626-2311
(213) 629-4520
goodrichtrustee@sulmeyerlaw.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>JOB INC LLC<br><br><br><br>Debtor. | Case No. 2:17-bk-22103-RK<br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br>**(NO CLAIMS BAR DATE REQUIRED)** |

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE:**

      David M. Goodrich, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case. At this time, no claims bar date is requested.

Date: October 13, 2017    /s/ David M. Goodrich
                                                   David M. Goodrich
                                                   Chapter 7 Trustee